UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FARKAS PLASTIC SURGERY,<br><br>       Plaintiff,<br><br>-against-<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>       Defendant. | Index No.: 23-02030<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Farkas Plastic Surgery, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant United Healthcare Insurance Company without prejudice. Each party shall bear their own costs.

Dated: Oakland, NJ
   August 25, 2023

                   GOTTLIEB AND GREENSPAN, LLC
                   *Attorneys for Plaintiff*

SO ORDERED

__s/Evelyn Padin___
Evelyn Padin, U.S.D.J.

Date: 8/28/2023

             By: /s/ Michael Gottlieb
                Michael Gottlieb
                169 Ramapo Valley Road, Suite ML3
                Oakland, NJ 07436
                (201) 644-0896